■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE WILSON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see *People ex rel. Moore v Smith,* 91 AD2d 1166; *Matter of Utsey v New York State Bd. of Parole,* 89 AD2d 965). (Appeal from judgment of Supreme Court, Wyoming County, Conable, J. — habeas corpus.) Present — Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.

■ In the Matter of RHONDA HAMILTON, Appellant, v DAVID M. IRLBACHER, Respondent. — Order unanimously reversed, without costs, and matter remitted to Erie County Family Court, for further proceedings in accordance with the following memorandum: Petitioner appeals from an order which modified a provision for child support in a divorce decree directing respondent to increase by $5 per week the support for each of his three children of the marriage. An examination of the record indicates that neither the court nor the hearing examiner, upon whose report the order was based, made specific findings of fact. Since this has made intelligent judicial review impossible, we remit the matter to Family Court for an evidentiary hearing in which findings of fact and conclusions of law must be made (Family Ct Act, § 439, subd [c]; § 435; CPLR 4213, subd [b]). (Appeal from order of Erie County Family Court, Notaro, J. — child support.) Present — Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.

■ RELIANCE INSURANCE COMPANY, Appellant, v STATE INSURANCE FUND et al., Respondents. — Order unanimously affirmed, with costs (see *Insurance Co. of North Amer. v Dayton Tool & Die Works,* 57 NY2d 489). (Appeal from order of Supreme Court, Erie County, Johnson, J. — summary judgment.) Present — Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.

■ PRISCILLA ULLENBRUCH, Individually and as Administratrix of the Estate of LAIL J. ULLENBRUCH, Deceased, Appellant, v P & H CORPORATION, Also Known as HARNESCHFEGER CORP., Respondent, et al., Defendants. (And a Third-Party Action.) — Order unanimously affirmed, without costs (see *Schumacher v Richards Shear Co.,* 59 NY2d 239; *Hartford Acc. & Ind. Co. v Canron, Inc.,* 43 NY2d 823). (Appeal from order of Supreme Court, Erie County, Ostrowski, J. — summary judgment.) Present — Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.